The People of the State of New York, Respondent, 
against
Ronny Cabrera, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Richard Ross, J.H.O.), rendered April 5, 2016, convicting him, upon a plea of guilty, of violating New York Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (Richard Ross, J.H.O.), rendered April 5, 2016, reversed, on the law, accusatory instrument dismissed and fine, if paid, remitted.
The notably terse and ambiguous plea colloquy underlying defendant's Summons Part conviction fails to establish that his plea was knowing, intelligent and voluntary. It is unclear as to the exact charge to which defendant pleaded guilty; the court did not address defendant during the plea proceeding; nor was defendant advised of any constitutional rights he was waiving (see People v Moore, 24 NY3d 1030 [2014]; People v Tyrell, 22 NY3d 359, 365-366 [2013]). Given the relatively minor nature of the infraction here charged, we dismiss the accusatory instrument in lieu of remanding the matter (see People v Burwell, 53 NY2d 849, 851 [1981]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 20, 2017